UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-24536-BLOOM/Torres

MARLA FAISON,

    Plaintiff,

vs.

CLASSICA CRUISE OPERATOR LTD.,
d/b/a MARGARITAVILLE AT SEA,

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, CLASSICA CRUISE OPERATOR LTD. d/b/a MARGARITAVILLE AT SEA ("Defendant"), by and through the undersigned attorneys, and pursuant to this Court's order [D.E. 4] and in compliance with Fed. R. Civ. P. 7.1, hereby files its Certificate of Interested Parties and Corporate Disclosure as follows:

1. Complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entitles related to a party:

    a. Classica Cruise Operator Ltd., Defendant.

    b. Marla Faison, Plaintiff.

    c. Karen Grossman, Esq. and Jason Margulies, Esq., Lipcon, Margulies & Winkleman, P.A., attorneys for Plaintiff.

    d. Jerry D. Hamilton, Esq., William F. Clair, Esq., Annalisa Gutierrez, Esq., and Rodrigo A. Palomino, Esq., Hamilton, Miller & Birthisel, attorneys for Defendant.

**Corporate Disclosure Statement**

The parent corporation of Classica Cruise Operator Ltd., is Paradise Cruise Line Holdings SRL.

No publicly help corporation owns 10% or more of Defendant's stock.

        Respectfully submitted,

          Jerry D. Hamilton, Esq.
          Florida Bar No.: 970700
          jhamilton@hamiltonmillerlaw.com
          William F. Clair, Esq.
          Florida Bar No. 693741
          wclair@hamiltonmillerlaw.com
          Annalisa Gutierrez, Esq.
          Florida Bar No.: 97940
          agutierrez@hamiltonmillerlaw.com
          Rodrigo A. Palomino, Esq.
          Florida Bar No.: 1003087
          rpalomino@hamiltonmillerlaw.com
          HAMILTON, MILLER & BIRTHISEL, LLP
          150 Southeast Second Avenue, Suite 1200
          Miami, Florida 33131
          Telephone No.: (305) 379-3686

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on January 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served upon all counsel of record or pro se parties identified on the Service List below in the manner specified, wither via transmissions of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By: */s/ Rodrigo Palomino*
            Rodrigo A. Palomino, Esq.

## SERVICE LIST

*Attorneys for Plaintiff*
Jason R. Margulies, Esq.
Florida Bar No. 57916
jmargulies@lipcon.com
Karen Grossman, Esq.
Florida Bar No. 767883
kgrossman@lipcon.com
LIPCON, MARGULIES
& WINKLEMAN, P.A.
2800 Ponce de Leon Blvd., Suite 1480
Coral Gables, FL 33134
Telephone No.: (305) 373-3016

*Attorneys for Defendant*
Jerry D. Hamilton, Esq.
Florida Bar No.: 970700
jhamilton@hamiltonmillerlaw.com
William F. Clair, Esq.
Florida Bar No. 693741
wclair@hamiltonmillerlaw.com
Annalisa Gutierrez, Esq.
Florida Bar No.: 97940
agutierrez@hamiltonmillerlaw.com
Rodrigo A. Palomino, Esq.
rpalomino@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone No.: (305) 379-3686